IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

DANETTE K. ELPEL,                                    No. 3:19-cv-00124-HZ

          Plaintiff,

   v.

LUKAS ANTHONY BIERL, and                             JUDGMENT
KAPLAN HOMES UNLIMITED, LLC,
a foreign limited liability company,

          Defendant.

HERNANDEZ, District Judge:

    Based on the record and the parties' stipulated motion for judgment of dismissal:

    IT IS ORDERED AND ADJUDGED that this action is dismissed, with prejudice.

Dated this **26** day of **August**, 2019

_____
Marco A. Hernandez
United States District Judge

1 - JUDGMENT